USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK HOTEL & MOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. HEALTH BENEFITS FUND, PENSION FUND, LEGAL FUND, SCHOLARSHIP FUND, AND INDUSTRY TRAINING FUND,

      Petitioner,

v.

NIGHT HOTEL BY SB TIMES SQUARE; SOHO BOUTIQUE TIMES SQUARE LLC; 45TH STREET HOTEL LLC; SOHO BOUTIQUE MANAGEMENT LLC; and NYC MANAGMENET LLC

      Respondents.

No. 20-CV-6370 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

  This case has been assigned to me for all purposes. On August 12, 2019, Petitioner filed a petition seeking confirmation of an arbitration award. Petitioner has not yet docketed an affidavit of service.

  Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

  ORDERED that Petitioner shall file and serve any additional materials with which he intends to support his petition for confirmation by August 28, 2020. Respondents' opposition, if any, is due on September 25, 2020. Petitioner's reply, if any, is due on October 2, 2020.

IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondents and file proof of such service on the docket.

SO ORDERED.

Dated:   August 14, 2020
           New York, New York

_____
Ronnie Abrams
United States District Judge